Case 1:22-cr-00434-RDB   Document 1-1   Filed 08/17/22   Page 1 of 7

22-2338-AGC

✓ FILED     ___ ENTERED
___ LOGGED  ___ RECEIVED

4:25 pm, Aug 17 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Keith Murray, being duly sworn, depose and state that:

## INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. 875 (c) ("Target Offense"), that is, Interstate Threatening Communications.

2. For the purpose of the instant Affidavit in support of a Criminal Complaint, your Affiant is a federal law enforcement officer under applicable provisions of the United States Code and under Rule 41 of the Federal Rules of Criminal Procedure.

3. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since July 2017. I am currently assigned to the Baltimore Field Office of the FBI and have worked matters involving Civil Rights violations to include Hate Crimes, Federally Protected Activities, Damage to Religious Property, and Criminal Interference with Rights to Fair Housing. I have conducted numerous Civil Rights trainings to colleges and universities and to police municipalities across the state of Maryland.

4. I have received extensive training in interview and interrogation techniques, arrest procedures, and the preparation and execution of search and seizure warrants. I have conducted and assisted in public corruption investigations in various capacities. As a Special Agent, I have written and executed multiple search warrants and have planned and executed multiple arrest operations. I have participated in the seizure of evidentiary items, the transport of defendants, and testified in court proceedings.

5.      The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that PHILIP LEE SULLIVAN, JR., committed the below-described offense, I have not included every detail of the investigation.  In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.  The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

6.      As will be shown below, there is probable cause to believe that PHILIP LEE SULLIVAN, JR., committed a violation of 18 U.S.C. § 875 (c), Interstate Threatening Communications.

7.      VENUE: the facts and circumstances alleged in this Affidavit occurred within the District of Maryland.  More specifically, the victim, Victim 1, resides within the city limits of Baltimore, Maryland.

8.      DEFENDANT: the defendant is PHILIP LEE SULLIVAN, JR., hereinafter referred to as SULLIVAN.  SULLIVAN is believed to reside in the state of Massachusetts.

9.      Victim 1 is a registered physician and visiting professor of health policy and management at the George Washington University Milken Institute School of Public Health.  As a nonresident senior fellow at the Brookings Institution, he/she is also a contributing columnist for The Washington Post, writing on health policy and public health, and an on-air commentator for CNN as a medical analyst.  Victim 1 is the former head of Planned Parenthood and former Health

2

Commissioner for the City of Baltimore. Victim 1 engages in public health advocacy and regularly writes for and appears on news outlets supporting the use of the COVID-19 vaccine as a public health measure. Over the past several years, Victim 1 has been subjected to harassing and threatening messages, many of which refer to his/her national origin (Chinese) and race (Asian).

10. On or about April 9, 2022, your Affiant received a text message from Victim 1. Victim 1 informed your Affiant that, while in Baltimore, Maryland, Victim 1 received an email message that he/she considered to be a "direct threat" and provided a screenshot of that email. As shown in the screenshot of the email below, the text of the email threatens him/her with violence:



11. As shown in the above photograph, the email message appears to have originated from the Gmail account "tensinomike@gmail.com" and the name "Mike Tensino" appears to be the user name associated with that email account. The email was received on April 8, 2022, at 10:15 p.m. EDT.

12. On April 9, 2022, the FBI investigative team interviewed Victim 1 telephonically and he/she provided the following information. The threatening email message was sent to Victim 1's email account which is listed on his/her publicly available webpage. Victim 1 was at his/her home residence in Baltimore, MD, when he/she received the email. Victim 1 received several

3

hateful messages since Fox News aired a news segment about him/her on April 8, 2022. In reference to the above-mentioned email, Victim 1 felt threatened at the content of the message and is concerned the sender of the email may live close to him/her. Victim 1 does not recognize the name "Mike Tensino" or the email address "tensinomike@gmail.com."

13. Gmail is a service provided by Google LLC. In response to a Grand Jury Subpoena, on April 14, 2022, the email provider for tensinomike@gmail.com provided the following information: Account Name: Mike Tensino; Account ID: 151711303977; Account creation date: April 3, 2022. The email provider provided IP addresses and corresponding time stamps for nine (9) login attempts to the account with a date range from April 3, 2022, to April 9, 2022. All nine (9) IP addresses were identical and listed as: **2601:19c:4280:59a0:3d84:c9ed:4482:5414**.

14. An open source query of the aforementioned IP address showed that Comcast/Xfinity was listed as the service provider.

15. On May 5, 2022, in response to a Grand Jury Subpoena for subscriber information for IP address **2601:19c:4280:59a0:3d84:c9ed:4482:5414** with corresponding time stamp **2022-04-09 02:16:46 Z,** Comcast provided the following information: Subscriber name: Philip Sullivan; Service Address: 1 Phyllis Avenue, Burlington, MA, 01803; Telephone number: 978-729-2546; and Email user ID: psullivan30@comcast.net. The FBI investigative team confirmed with Comcast via telephone that the IP address was registered to a residential account.

16. The FBI investigative team conducted a search of the databases Accurint and CLEAR, as well as searches of social media platforms Facebook and Instagram for "Mike Tensino." Those searches generated negative results.

17. A search of FBI databases for "Mike Tensino" and "tensinomike@gmail.com" generated negative results.

18. The FBI investigative team conducted a search of the database Accurint for "Philip Sullivan" and "1 Phyllis Avenue, Burlington, MA, 01803." That search generated the following results: 1 Phyllis Avenue, Burlington, MA, 01803, is owned by Philip Lee Sullivan Sr. (Sullivan Sr.) and his wife Tracy Sullivan (T Sullivan). 1 Phyllis Avenue is a single family residence located in Middlesex County, Massachusetts. Sullivan Sr. purchased the residence in 1992.

19. Based on dates of birth and his physical presence at their residence, your affiant believes that target Sullivan Jr. is the son of Sullivan Sr. and the step-son of his wife, T Sullivan. The FBI investigative team conducted a search of the database Accurint for "Philip Lee Sullivan Jr." That search resulted in the following information: Residence: 6 Kenmar Drive, Unit 19, Billerica, MA, 01821.

20. A search of the Massachusetts Registry of Motor Vehicles (RMV) for "Philip Lee Sullivan Jr." generated the following information: Address: 6 Kenmar Drive, Unit 19, Billerica, MA, 01821; Mailing Address: 1 Phyllis Avenue, Burlington, MA, 01803.

21. A search of Facebook for Philip Lee Sullivan Jr. resulted in the account entitled "**Phil L Sullivan**." The photos attached to the account matched the physical characteristics of Sullivan Jr.'s Massachusetts Registry of Motor Vehicles photo. Many of the postings for the aforementioned account contain language that could be regarded as racially insensitive/biased.

22. On March 17, 2022, the account "**Phil L Sullivan**" posted "FACTS. PS. BLM is a criminal organization that has already been brought down. You fools that's slang it only make Yourself look uneducated. Grow the F up. Yeah." On April 25, 2022, the account posted a link to a Youtube video with the caption "Why Black History Month is Ridiculous and Why BET Should Not Exist."

23. On July 8, 2021, the account "**Phil L Sullivan**" posted "Fear does not stop death. It stops life. And worrying does not take away tomorrow's troubles. It takes away today's peace."

24. On May 31, 2022, in response to a Grand Jury Subpoena for subscriber information for the Facebook account "Phil L Sullivan," Facebook provided the following: Account name: Phil L Sullivan; Phone numbers: 978-871-7750 and 978-601-9448; Registered email addresses: plsullivanjr0785@gmail.com and psullivan0785@facebook.com.

25. An open source search of phone numbers 978-871-7750 and 978-601-9448 for provider information generated the following information: 978-871-7750 lists T-Mobile as the provider and 978-601-9448 lists Metro PCS as the provider.

26. On June 3, 2022, in response to a Grand Jury Subpoena for subscriber information for phone number 978-871-7750, T-Mobile provided the following: Subscriber name: Philip Sullivan; Subscriber address: 1 Phyllis Avenue, Burlington, MA, 01803.

27. On June 29, 2022, in response to a historical cell site search warrant served on T-Mobile for phone number 978-871-7750 for the time period of April 1, 2022, to April 10, 2022, T-Mobile provided cell tower location information for the phone number.

28. On June 29, 2022, your affiant forwarded the historical cell site information to a member of the FBI's Cellular Analysis Survey Team (CAST). The CAST analyzed and plotted the data and determined that the phone associated with phone number 978-871-7750 pinged off a cell tower within close proximity to 1 Phyllis Avenue, Burlington, MA, during the following dates and times: **April 8th, 2022,** at **1752 hours**; **April 9th, 2022,** at **0032 hours**; and **April 9th, 2022,** at **0802 hours**. At no point during the dates of April 8th, 2022, to April 10th, 2022, did the phone number 978-871-7750 ping off any cell towers in the state of Maryland.

29. On July 28, 2022, in response to a search warrant issued to Google LLC regarding subscriber information and email content for the email account "**tensinomike@gmail.com**," Google provided the following information: Phone number: 978-871-7750; Account name: Mike Tensino; Date of Birth: May 5, 1985. For reasons not currently known to your affiant, the communication to Dr. L.W. was not discovered in the content disclosed pursuant to this search warrant. However, other threatening communications to recipients other than Dr. L.W., outside the District of Maryland, was discovered in the email search.

30. Based on a review of this case, and based on my knowledge and experience with Civil Rights Investigations, I, as your Affiant, submit that there is probable cause to believe that SULLIVAN committed the offense of Interstate Threatening Communications, in violation of 18 U.S.C. §§ 875 (c).

Respectfully Submitted,

*Keith Murray*
Keith Murray, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d), this  17th  day of August, 2022.

*A. David Copperthite*
Honorable A. David Copperthite
United States Magistrate Judge